IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-CV-00978-BO-BM

KESHEENA TROY, )
)
Plaintiff, )
)
v. )
) ORDER
MARTIN O'MALLEY, )
Commissioner of Social Security )
)
Defendant. )

Upon consideration of Defendant's unopposed motion to attend the hearing scheduled for June 28, 2024, at 11:00 AM, by video or telephone conference, it is this ___ day of June_____, 2024, by the United States District Court for the Eastern District of North Carolina,

ORDERED that the motion is GRANTED.

_____
Terrence W. Boyle
United States District Court Judge