UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| KESHEENA F. TROY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| MARTIN O'MALLEY, | ) | 7:23-CV-978-BO-BM |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Decision by Court.

**IT IS ORDERED, ADJUDGED AND DECREED** that the decision of the Commissioner is REVERSED and this matter is remanded for an award of benefits.

**This case is closed.**

**This judgment filed and entered on August 14, 2024, and served on:**
Jonathan P. Miller (via CM/ECF NEF)
Cathleen McNulty (via CM/ECF NEF)
Dianne Samu (via CM/ECF NEF)
Mark Dorval (via CM/ECF NEF)

PETER A. MOORE, JR., CLERK

August 14, 2024

 /s/ Lindsay Stouch
By: Deputy Clerk