IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-CV-00978-BO-BM

KESHEENA F. TROY, )
)
    Plaintiff, )
)
v. )
)
FRANK BISIGNANO, )
Commissioner of Social Security, )
)
    Defendant. )
_____ )

## ORDER

Upon consideration of Plaintiff's petition for attorney's fees under 42 U.S.C. § 406(b), and Defendant's response, it is this __23__ day of __July__, 2025, by the United States District Court for the Eastern District of North Carolina,

ORDERED that Jonathan P. Miller, Esq., is awarded an attorney's fee under the Social Security Act, 42 U.S.C. § 406(b), in the amount of $ __12,700.__ (or 25% of Plaintiff's past-due benefits, whichever is less). Plaintiff's counsel will reimburse Plaintiff any attorney's fees he previously received under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.

_____
Hon. Terrence W. Boyle
United States District Judge

Case 7:23-cv-00978-BO-BM    Document 33    Filed 07/24/25    Page 1 of 1