UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| KESHEENA F. TROY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| FRANK J. BISIGNANO, ) | 7:23-CV-978-BO-BM |
| *Acting Commissioner of Social Security*, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**Decision by Court.**
This matter is before the consideration of Plaintiff's petition for attorney's fees under 42 U.S.C. § 406(b),

**IT IS ORDERED, ADJUDGED AND DECREED** that Jonathan P. Miller, Esq., is awarded an attorney's fee under the Social Security Act, 42 U.S.C. § 406(b), in the amount of $12,000.00 (or 25% of Plaintiffs past-due benefits, whichever is less). Plaintiff's counsel will reimburse Plaintiff any attorney's fees he previously received under the Equal Access to Justice Act.

**This judgment filed and entered on July 24, 2025, and served on:**
Jonathan Miller (via CM/ECF Notice of Electronic Filing)
Cathleen McNulty (via CM/ECF Notice of Electronic Filing)
Dianne Samu (via CM/ECF Notice of Electronic Filing)
Mark Dorval (via CM/ECF Notice of Electronic Filing)
Kenneth Burden (via CM/ECF Notice of Electronic Filing)

**PETER A. MOORE, JR., CLERK**

July 24, 2025 /s/Lindsay Stouch
By: Deputy Clerk